**97–2338. State v. Fuller.**
Hamilton App. No. C–960753. Discretionary appeal allowed; *sua sponte,* cause held for the decision

1432

in 97–1778, *State v. Rush,* Stark App. No. 96CA419; briefing schedule stayed.
RESNICK, J., dissents.